UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAMAR BROWN, on behalf of himself and all others similarly situated,<br><br>                    Plaintiffs,<br><br>    -against-<br><br>THE ROCKPORT COMPANY, LLC,<br><br>                    Defendant. | 23-CV-04109 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

      In light of the fact that Defendant has not answered or otherwise made an appearance in this action, IT IS HEREBY ORDERED that Plaintiffs shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than August 18, 2023. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated: July 24, 2023  
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE  
United States District Judge