UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LAMAR BROWN, on behalf of himself and all others similarly situated,

                Plaintiffs,

-against-

THE ROCKPORT COMPANY, LLC,

                Defendant.

23-CV-4109 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

The Complaint was filed on May 17, 2023. ECF No. 1. The next day, a summons was issued. ECF No. 4. On June 1, 2023, the summons and Complaint were served on Defendant. ECF No. 6. The answer was due June 22, 2023.

On July 24, 2023, this Court ordered Plaintiffs to file a motion for default judgment by August 18, 2023, ECF No. 7, believing that the answer was due June 22, 2023, and had not been filed. However, on May 19, 2023, Judge Caproni stayed Defendant's time to move against or answer the Complaint until the date of the initial pretrial conference, which was set for September 15, 2023. ECF No. 5. The initial pretrial conference is HEREBY CANCELED.

Notwithstanding this Court's error, the Court issued an order to Plaintiffs with a deadline of August 18, 2023, to which Plaintiffs did not respond. Plaintiffs are HEREBY ORDERED to file a letter with the Court by September 1, 2023, stating whether they intend to pursue this action. If Plaintiffs do not file such a letter, the Court will dismiss this action for failure to prosecute.

Dated: August 25, 2023
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge