UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAMAR BROWN on behalf of himself
and all others similarly situated,

                 Plaintiffs,

-against-

THE ROCKPORT COMPANY, LLC.

                 Defendant.

Case No. 1:23-cv-4109

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) without prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Hicksville, New York
             August 28, 2023

Respectfully Submitted,

**/s/ Mars Khaimov**

By:   Mars Khaimov, Esq.
       100 Duffy Avenue, Suite 510
       Hicksville, New York 11801
       Tel (929) 324-0717
       Fax (929) 333-7774
       Email: mars@khaimovlaw.com
       *Attorney for Plaintiff*